Daniel, J.
 

 .Eben Harker made his will, and, after several devises and bequests, the following clauses occur in his will: “ I do give to my wife all my moveable property, that is not a
 
 *293
 
 bove mentioned, during her natural life;” “ and after her (that is, his wife’s) death, I desire that all the moveables of mine, that I have not before mentioned for my three daughters, n ay be equally divided between my three daughters, according to the discretion of my executors.” The testator, at his death, was the owner of a slave named Rose, who was not particularly mentioned in his will. During the life of the testator’s widow, Rose had several children.
 
 ’The first
 
 question asked of the court is, Whether these slaves passed by the will under the words “ moveable property.” Slaves are personal property. Personal chattels are distinguished from real estate and chattels real by the mobility of their character. They are called personal, because they can be moved from place to place with the person of the owner. If there were any thing in the will to shew.that the testator used the word “ moveables” in a more restricted sense, we should certainly so interpret it. But there is nothing indicative of its being so used, and it should be understood in its general sense, more especially as, if it be not so understood, a partial intestacy will be the result. We are therefore
 
 of
 
 opinion, that the slave Rose and her increase passed, by the aforesaid words in the will, to the widow for her life, and on her death to the testator’s three daughters, or their personal representatives. Secondly; Caleb W. Calloway, the husband of Sabra, one of the testator’s daughters, died in the life-time of the widow, tenant for life. The one third of the slaves, Rose and her increase, on the death of the said particular tenant for life, went, we think, to the said Sabra in her own right, and not to her as the administratrix of her husband.
 
 Hines
 
 v
 
 Lewis' Ex'ors.
 
 Taylor’s Rep. 44.
 
 Poindexter v
 
 Blackburn, 1 Ired. Eq. Rep. 286.
 
 Kornegay
 
 v
 
 Carroway, 2
 
 Dev. Eq. Rep. 405.
 
 Grey
 
 v Kentish, 1 Atk. 280, ed. by Saunders.
 
 Gayner v Wilkinson,
 
 2 Dick. 491. 1 Bro. Ch. Ca. 50. 1 Roper on Husb. & Wife, 245. The decree will be drawn accordingly.
 

 Pee Curiam. Decree accordingly.